```
         IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

BRIAN H. HARRISON,                :

       Plaintiff,                 :

vs.                               :    CIVIL ACTION 04-0119-WS-B

TERRY MASON, et al,               :

       Defendants.                :
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the federal claims in this action be and are hereby **DISMISSED** with prejudice because they are frivolous, or fail to state a claim upon which relief can be granted. It is also **ORDERED** that the state law claims in this action be **DISMISSED** without prejudice .

**DONE** and **ORDERED** this 29th day of September, 2006.


                                   s/WILLIAM H. STEELE
                                   UNITED STATES DISTRICT JUDGE