```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

**BRIAN H. HARRISON,**            :

     **Plaintiff,**             :

**vs.**                           :   CIVIL ACTION 04-0119-WS-B

**TERRY MASON,** *et al*,         :

     **Defendants.**            :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the federal law claims be dismissed with prejudice, and the state law claims be dismissed without prejudice.

**DONE** and **ORDERED** this 29th day of September, 2006.

s/WILLIAM H. STEELE

UNITED STATES DISTRICT JUDGE